ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Wattan Zazai Group | ) ASBCA No. 62898 |
| | ) |
| Under Contract No. HTC711-14-D-W026 | ) |

APPEARANCES FOR THE APPELLANT:  Michael D. Maloney, Esq.
  Williams Mullen
  Tysons Corner, VA
Todd Miller, Esq.
  Miller & Miller
  Denver, CO
Eayat Qasimi, Esq.
  Whiteford, Taylor & Preston, L.L.P
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Jeffrey P. Hildebrant, Esq.
  Deputy Chief Trial Attorney
Maj. Nicole A. Vele, USAF
Maj Ashely M. Ruhe, USAF
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE EYESTER

As set forth in the parties' October 17, 2022 Joint Motion for Decision and Consent Judgment, the parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $21,718.93. This amount is inclusive of interest. No further interest shall be paid.

Dated: November 1, 2022

_____
LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures Continued)

I <u>concur</u>

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I <u>concur</u>

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62898, Appeal of Wattan Zazai Group, rendered in conformance with the Board's Charter.

Dated: November 1, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals